# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFERY MULHALL,
      Appellant,
vs.
THE STATE OF NEVADA,
      Respondent.

No. 72505

FILED

JUN 0 8 2017

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from district court orders denying a motion to compel, denying a motion to extend copywork limit, granting a motion for transcripts, and granting in part a motion for production of documents, papers, pleadings and tangible property of defendant. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-18755

cc: Hon. Valerie Adair, District Judge
Jeffery Mulhall
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk